IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | |
|---|---|
| CHARLES B. WALKER | § |
| | § |
| VS. | § CIVIL ACTION NO. G-14-104 |
| | § |
| JOSEPH A. HAM, ET AL. | § |

### REPORT AND RECOMMENDATION

On May 26, 2015, Plaintiff, Charles B. Walker, filed a Motion for Contempt against James J. Coates. Apparently, Walker tried to serve something on Coates on two occasions by sending whatever it was to the attorney for Defendants Ham and Edwards, Fred Hinrichs. In the Defendant's response, however, Hinrichs seems to indicate that his office has never received whatever Walker supposedly sent, and no "proof" of service accompanied Walker's Motion. Regardless, Coates is not a party and is not represented by Hinrichs so Walker would have to have him personally served in accordance with the federal rules.

The Court, therefore, **RECOMMENDS** that Walker's Motion for Contempt (Instrument no. 39) be **DENIED**.

The Clerk **SHALL** send a copy of this Report and Recommendation to the Parties who **SHALL** have until **Wednesday, June 17, 2015**, to have written objections, filed pursuant to 28 U.S.C. §636(b)(1)(C). The Objections **SHALL** be electronically filed and/or mailed to the Clerk's Office at P.O. Drawer 2300, Galveston, Texas 77553.

Failure to file written objections within the prescribed time **SHALL** bar any Party from attacking on appeal the factual findings and legal conclusions accepted by the District Judge, except upon grounds of plain error.

**DONE** at Galveston, Texas, this ___29th___ day of May, 2015.

_____
John R. Froeschner
United States Magistrate Judge